IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM PETERS,
    Plaintiff,

vs.        CASE NO.: 3:08cv545/RV/MD

CHARLES HALLEY, et al.,
    Defendants.

## O R D E R

    Plaintiff, an inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On December 17, 2008, plaintiff was directed to amend his complaint and file an *in forma pauperis* motion, or pay the $350.00 filing fee, within thirty (30) days (doc. 4).  Plaintiff has now filed an amended complaint and *in forma pauperis* application (docs. 6 & 7) but failed to include a copy of his prisoner account statement as required by the financial certificate on the prisoner consent form.

    Accordingly, it is ORDERED:

    1.    Plaintiff shall have thirty (30) days from the date this order is docketed to correct the deficiency in his *in forma pauperis* application by filing a printout reflecting transactions in his account for the six month period prior to the filing of his complaint.

    2.    Failure to respond to this order as instructed may result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

    DONE AND ORDERED this 16th day of January, 2009.

    /s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE